**Slip Op. 05-12**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HONORABLE RICHARD W. GOLDBERG, SENIOR JUDGE**

| | |
|---|---|
| SNR ROULEMENTS, KOYO SEIKO CO., LTD., KOYO CORPORATION OF U.S.A., NSK CORPORATION, NSK BEARINGS EUROPE, LTD., NSK LTD., NTN-BCA CORPORATION, NTN BOWER CORPORATION, NTN-DRIVESHAFT, INC., AMERICAN NTN BEARING MANUFACTURING CORP., NTN BEARING CORPORATION OF AMERICA, NTN CORPORATION, INA-SCHAEFFLER KG, INA USA CORPORATION, <br><br>      Plaintiffs, <br><br>         v. <br><br> UNITED STATES, <br><br>      Defendant, <br><br>      and <br><br> THE TORRINGTON COMPANY, <br><br>      Defendant-<br>     Intervenor. | Consol. Court No. 01-00686 |

**JUDGMENT ORDER**

Upon consideration of the United States Department of Commerce's Final Results of Redetermination Pursuant to Court Remand ("Redetermination Results") filed pursuant to the Court's decision in SNR Roulements v. United States, Slip Op. 04-100 (Aug. 10, 2004), and all other papers filed herein, and no parties having filed comments regarding the Redetermination Results, it is hereby

**ORDERED** that the Redetermination Results are sustained in

all respects.

      **SO ORDERED.**


                                    /s/ Richard W. Goldberg
                                    **Richard W. Goldberg**
                                    **Senior Judge**

**Date:**      **January 27, 2005**
              **New York, New York**